# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☒ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. vs. BARRY WARE, et al.
FOR: NORTHERN DIST OF ILL, EASTERN DIVISION

FILED 2-13-08 FEB 1 3 2008
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

PERSON REPRESENTED: Devon Tyler

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE: 21 U.S.C. § 846 (Felony)

DOCKET NUMBERS
District Court: 08 CR 122-4
Court of Appeals: 08 CR 122-4

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
IF NO, give month and year of last employment — How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes ☒ No

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

**DEPENDENTS**
Marital Status: ☒ Single
Total No. of Dependents: 3

**DEBTS & MONTHLY BILLS**: (blank)

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT: Devon Tyler