## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 4 | **DATE** | 2/19/2008 |
| **CASE TITLE** | USA vs. Devon Tyler | | |

**DOCKET ENTRY TEXT**

Defendant's unopposed oral motion to continue detention to 2/21/08 at 1:00 p.m. is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|

Case 1:08-cr-00122   Document 43   Filed 02/19/2008   Page 1 of 1