## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 4 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. Devon Tyler | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 2/21/08 as to Devon Tyler (4). Oral argument heard in open court. For the reasons stated in open court, Government's oral motion to detain defendant is granted. Government is ordered to submit a detention order by 2/28/08. Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Defendant to remain in custody pending trial.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | yp |
|---|---|---|