IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 122-4 |
| | ) | |
| v. | ) | Magistrate Judge Maria Valdez |
| | ) | |
| DEVON TYLER, | ) | |

**NOTICE OF MOTION**

To:  Terra Brown, Assistant U.S. Attorney          Justin L. Wiersema
     Office of the United States Attorney          United States Pretrial Services Officer
     219 South Dearborn Street, 5th Floor          219 S. Dearborn Street – Suite 1500
     Chicago, Illinois  60604                      Chicago, Illinois 60604

   Please take notice that on April 9th, 2008 at 10:00 a.m. or soon as counsel may be heard, I shall appear before the Honorable Magistrate Judge Maria Valdez or any Judge sitting in that Judge's stead, in the courtroom usually occupied by her, located at the Dirksen Federal Building, 219 South Dearborn, Room 1300, Chicago, Illinois and present the following motion:

**DEFENDANT DEVON TYLER'S  MOTION REQUESTING
RELEASE ON BOND PENDING TRIAL**

electronically with the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, a copy of same is attached hereto and is hereby served upon you.

                                    /s/Gregory T. Mitchell
                                     Gregory T. Mitchell
                                   Attorney for Defendant Devon Tyler Thomas


Law Office of Gregory T. Mitchell, P.C.
18141 Dixie Highway, Suite 111
Homewood, IL 60430
(708) 799-9325
Atty. #: 37742