**CERTIFICATE OF SERVICE**

I, Gregory T, Mitchell, an attorney, certify that I caused copies of

**DEFENDANT DEVON TYLER'S MOTION REQUESTING
RELEASE ON BOND PENDING TRIAL**

to be served upon the person(s) below listed, on April 2, 2008 pursuant to Local Rule 5.2 concerning ECF as to filing users.

| | |
|---|---|
| Terra Brown, Assistant U.S. Attorney | Justin L. Wiersema |
| Office of the United States Attorney | United States Pretrial Services Officer |
| 219 South Dearborn Street, 5th Floor | 219 S. Dearborn Street – Suite 1500 |
| Chicago, Illinois  60604 | Chicago, Illinois 60604 |

/s/Gregory T. Mitchell
Gregory T. Mitchell
Attorney for Devon Tyler
Defendant