

**FILED**
APR 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Felony NF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JUDGE LEINENWEBER

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

MAGISTRATE JUDGE VALDEZ

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint:
08 CR 122, U.S. v. Ware et al.          *Valdez*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☐   YES ☒

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

    ☐ Homicide ............ (II)          ☐ Income Tax Fraud .......... (II)        ☐ DAPCA Controlled Substances ... (III)
    ☐ Criminal Antitrust ...... (II)     ☐ Postal Fraud .......... (II)              ☐ Miscellaneous General Offenses ... (IV)
    ☐ Bank robbery .......... (II)       ☐ Other Fraud .......... (III)              ☐ Immigration Laws ........... (IV)
    ☐ Post Office Robbery .... (II)      ☐ Auto Theft .......... (IV)                ☐ Liquor, Internal Revenue Laws ... (IV)
    ☐ Other Robbery ........ (II)        ☐ Transporting Forged Securities . (III)    ☐ Food & Drug Laws .......... (IV)
    ☐ Assault ............ (III)         ☐ Forgery .......... (III)                  ☐ Motor Carrier Act ........... (IV)
    ☐ Burglary ............ (IV)         ☐ Counterfeiting .......... (III)           ☐ Selective Service Act ......... (IV)
    ☐ Larceny and Theft ..... (IV)       ☐ Sex Offenses .......... (II)              ☐ Obscene Mail ............. (III)
    ☐ Postal Embezzlement .... (IV)      ☐ DAPCA Marijuana ........ (III)            ☐ Other Federal Statutes ........ (III)
    ☐ Other Embezzlement .... (III)      ☒ DAPCA Narcotics .......... (III)          ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.
Title 21, USC § 846; and Title 18, USC § 2

TERRA L. BROWN
TINOS DIAMANTATOS
Assistant United States Attorney

(Revised 12/99)