## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 4 | **DATE** | 4/9/2008 |
| **CASE TITLE** | USA vs. Devon Tyler | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/9/08 as to Devon Tyler (4). For the reasons stated in open court, Defendant's motion for reconsideration of Court's 2/21/08 Order Denying Pre-trial Release on Bond [96] is denied. Court hereby recommends the defendant to be examined by a physician at the facility where defendant is housed to evaluate his hernia condition. Defendant shall remain in custody.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:07

| | Courtroom Deputy Initials: | yp |
|---|---|---|