IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 122 |
| v. | ) | |
| | ) | Hon. Harry D. Leinenweber |
| DEVON TYLER, | ) | |

**SURVEILLANCE DISCOVERY MOTION**

    Defendant DEVON TYLER, by counsel, GREGORY T. MITCHELL, requests this Honorable Court to order the United States to produce any an all information concerning any video and/or electronic surveillance used in the investigation of this case including, if such surveillance exists, the production of tapes and/or enhancement if inaudible, any written transcript of any audio/video recording; and any notes or logs made in conjunction with any electronic surveillance.

                                          Respectfully submitted,

                                          /s/Gregory T. Mitchell
                                          Gregory T. Mitchell
                                          Attorney for DEVON TYLER
                                          Defendant

Gregory T. Mitchell
Law Office of Gregory T. Mitchell, P.C.
18141 Dixie Highway, Suite 111
Homewood, Illinois  60430
(708) 799-9325
Attorney:  #37742