IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 122-4 |
| v. ) | |
| ) | Hon. Harry D. Leinenweber |
| DEVON TYLER, ) | |

**DEVON TYLER'S MOTION TO**
**ADOPT CO-DEFENDANTS' PRETRIAL MOTIONS**

Defendant DEVON TYLER, by and through his attorney, GREGORY T. MITCHELL, and respectfully moves to adopt all pretrial motions heretofore filed by co-defendants and seeks relief, which if granted, would inure to the benefits of Devon Tyler.

        Respectfully submitted,

        /s/Gregory T. Mitchell
        Gregory T. Mitchell
        Law Office of Gregory T. Mitchell, P.C.
        18141 Dixie Highway, Suite 111
        Homewood, IL 60430
        Attorney for Defendant DEVON TYLER