IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 122-4 |
| v. | ) | |
| | ) | Hon. Harry D. Leinenweber |
| DEVON TYLER, | ) | |

**NOTICE OF FILING**

To:     Tinos Diamantatos
        Assistant U.S. Attorney
        219 S. Dearborn Street, 5th Floor
        Chicago, IL  60604

        PLEASE TAKE NOTICE that on the 6th day of May 2008, Defendant, DEVON
TYLER, by and through his attorney Gregory T. Mitchell, filed **DEVON TYLER'S
MOTION TO ADOPT CO-DEFENDANTS' PRETRIAL MOTIONS** electronically
with the United States District Court, Northern District of Illinois, Eastern Division, 219
S. Dearborn Street, Chicago, Illinois, a copy of same is attached hereto and is hereby
served upon you.

                                        /s/Gregory T. Mitchell
                                        Gregory T. Mitchell
                                        Attorney for Defendant DEVON TYLER

## <u>CERTIFICATE OF SERVICE</u>

I, Gregory T. Mitchell, an attorney, state that I caused to be filed, by electronic filing (ECF) with the Clerk of the United States District Court for the Northern District of Illinois,  defendant Devon Tyler's **DEVON TYLER'S MOTION TO ADOPT CO-DEFENDANTS' PRETRIAL MOTIONS.**

The undersigned also certifies, as to the following parties, that in accordance with Fed.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing  (ECF), the foregoing pleading, along with a notice of motion, if applicable, were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first class mail on may 6, 2008, to non-ECF filers:

Tinos Diamantatos
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL  60604

/s/ Gregory T. Mitchell
Gregory T. Mitchell