IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 122-4 |
| v.  ) | |
| ) | Hon. Harry D. Leinenweber |
| DEVON TYLER, ) | |

**NOTICE OF FILING**

To:   Tinos Diamantatos
 Assistant U.S. Attorney
 219 S. Dearborn Street, 5th Floor
 Chicago, IL  60604

PLEASE TAKE NOTICE that on the 6th day of May 2008, Defendant, DEVON TYLER, by and through his attorney Gregory T. Mitchell, filed **SURVEILLANCE DISCOVERY MOTION** electronically with the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, a copy of same is attached hereto and is hereby served upon you.

/s/Gregory T. Mitchell
Gregory T. Mitchell
Attorney for Defendant DEVON TYLER

**CERTIFICATE OF SERVICE**

I, Gregory T. Mitchell, an attorney, state that I caused to be filed, by electronic filing (ECF) with the Clerk of the United States District Court for the Northern District of Illinois, defendant Devon Tyler's **SURVEILLANCE DISCOVERY MOTION.**

The undersigned also certifies, as to the following parties, that in accordance with Fed.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing pleading, along with a notice of motion, if applicable, were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first class mail on may 6, 2008, to non-ECF filers:

 Tinos Diamantatos
 Assistant United States Attorney
 219 S. Dearborn Street, 5th Floor
 Chicago, IL  60604

/s/ Gregory T. Mitchell
Gregory T. Mitchell