IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | No. 08 CR 122-4 |
| v.    ) | |
| ) | Hon. Harry D. Leinenweber |
| DEVON TYLER,    ) | |

**NOTICE OF FILING**

To:   Tinos Diamantatos
   Assistant U.S. Attorney
   219 S. Dearborn Street, 5th Floor
   Chicago, IL  60604

   PLEASE TAKE NOTICE that on the 6th day of May 2008, Defendant, DEVON TYLER, by and through his attorney Gregory T. Mitchell, filed **DEFENDANT DEVON TYLER'S MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO GIVE NOTICE OF ITS INTENTION TO USE OTHER CRIMES, WRONGS OR ACTS EVIDENCE** electronically with the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, a copy of same is attached hereto and is hereby served upon you.

                    /s/Gregory T. Mitchell
                    Gregory T. Mitchell
                    Attorney for Defendant DEVON TYLER

**CERTIFICATE OF SERVICE**

    I, Gregory T. Mitchell, an attorney, state that I caused to be filed, by electronic filing (ECF) with the Clerk of the United States District Court for the Northern District of Illinois, defendant Devon Tyler's **DEFENDANT DEVON TYLER'S MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO GIVE NOTICE OF ITS INTENTION TO USE OTHER CRIMES, WRONGS OR ACTS EVIDENCE.**

    The undersigned also certifies, as to the following parties, that in accordance with Fed.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing pleading, along with a notice of motion, if applicable, were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first class mail on may 6, 2008, to non-ECF filers:

Tinos Diamantatos  
Assistant United States Attorney  
219 S. Dearborn Street, 5th Floor  
Chicago, IL  60604

                                                        /s/ Gregory T. Mitchell  
                                                        Gregory T. Mitchell